UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

**Milton F. Wright, et al.**

    **Plaintiff**

v.                                            No: 1:05cv01391

**Synagro Mid-Atlantic, Inc.**, **et al.**

    **Defendant.**

**AFFIDAVIT OF SERVICE BY HAND DELIVERY**

    I, Dequan Bogan, hereby certify that I am over the age of eighteen years and that I am not a party in the above case.

    On July 13, 2005, at 4:00 pm, I served a copy of the complaint and summons on Anthony Serrette, (fulfillment Specialist) an employee of CT Corportation.  CT corporation is the listed registered agent for Synagro Mid-Atlantic.  Service was executed at 1015 15th Street, NW, Suite 1000, Washington, D.C. 20005.

I certify under penalty of perjury that the foregoing is true a correct.

_____/S/_____
Dequan Bogan