UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**Milton F. Wright, et al.**

  **Plaintiff**

v.              No: 1:05cv01391

**Synagro Mid-Atlantic, Inc., et al.**

  **Defendant.**

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

  I, Dequan Bogan, hereby certify that I am over the age of eighteen years and that I am not a party in the above case.

  On July 28, 2005, a certified mailing receipt was returned by way of U.S. postal mail to Donald M. Temple, Esq. (1229 15th Street, NW, Washington, D.C. 20005). The return of service was signed and dated (July 25, 2005), indicating that P. Milheim (signer) received a copy of the complaint and summons on behalf of CDR. Service was mailed by way of certified mail to Synagro, Inc., located at 1800 Bering Drive Suite 1000, Houston, Texas.

I certify under penalty of perjury that the foregoing is true a correct.

_____/S/_____
Dequan Bogan

Case 1:05-cv-01391-RWR    Document 3    Filed 08/01/2005    Page 2 of 2