**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

**Milton F. Wright, et al.**

    **Plaintiff**

v.                                                                     **No: 1:05cv01391**

**Synagro Mid-Atlantic, Inc., et al.**

    **Defendant.**

**AFFIDAVIT OF SERVICE BY CERTIFIED MAIL**

    I, Dequan Bogan, hereby certify that I am over the age of eighteen years and that I am not a party in the above case.

    On July 28, 2005, a certified mailing receipt was returned by way of U.S. postal mail to Donald M. Temple, Esq. (1229 15th Street, NW, Washington, D.C. 20005). The return of service was signed and dated (July 25, 2005), indicating that Susan V. Thompson (signer) received a copy of the complaint and summons on behalf of Synagro Technologies. Service was mailed by way of certified mail to registered agent: CT Corporations Systems, 1021 Main Street, Suite 1150, Houston, Texas. 77002

I certify under penalty of perjury that the foregoing is true a correct.

_____/S/_____
Dequan Bogan