UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Milton F. Wright and Milton F. Wright Trucking, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>Synagro Mid-Atlantic, Inc.,<br>7014 E. Baltimore Street<br>Baltimore, MD 21224<br><br>Synagro Technologies, Inc.<br>1800 Bering Drive, Suite 1000<br>Houston, TX 77057<br><br>and CDR Mid Atlantic<br><br>Defendants. | CIVIL ACTION NO. 01391<br>Judge Richard W. Roberts |

## AGREED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia, Defendants Synagro Mid-Atlantic, Inc. and Synagro Technologies, Inc. (collectively referred to as "Synagro") request leave of court for J. Bradley Green to appear *pro hac vice* in this action on behalf of Synagro. This Motion is based upon the Declaration of J. Bradley Green, which is attached hereto as Exhibit "A" and incorporated by reference herein, and asserts the following:

1.  J. Bradley Green is admitted to the State Bar of Texas and the Northern, Southern, Eastern and Western Districts of Texas. He is in good standing with the State Bar of Texas and its respective federal districts, and he has never been subject to a disciplinary action by any court.

2.    Mr. Green has not been admitted *pro hac vice* to the United States District Court for the District of Columbia in the last two years.

3.    Mr. Green's office address is Watt Beckworth Thompson and Henneman, LLP, 1010 Lamar, Suite 1600, Houston, Texas 77002. His phone number is (713) 650-8100, and his fax number is (713) 650-8141.

4.    Upon entry of the Court's order admitting Mr. Green to appear *pro hac vice,* Mr. Green will use as local counsel Frederick W. Chockley, III of Baker & Hostetler LLP, Washington Square, Suite 1100, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5304.

5.    Counsel has spoken with Plaintiff's counsel, and Plaintiff's counsel is not opposed to this motion.

6.    Synagro respectfully requests that this Court enter an order admitting J. Bradley Green *pro hac vice* as counsel for Synagro in this civil action.

    Respectfully submitted,

    BAKER & HOSTETLER LLP

BY: _____/S/_____
    Frederick W. Chockley, III
    D.C. Bar No. 366800
    Washington Square, Suite 1100
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036-5304
    Telephone: (202) 861-1500
    Facsimile: (202) 861-1783

WATT BECKWORTH
THOMPSON & HENNEMAN, L.L.P.

BY: _____
    J. Bradley Green
    Federal Bar No. 18196
    *Pro Hac Vice Pending*
    State Bar No. 000790785
    1010 Lamar, Suite 1600
    Houston, TX  77002
    Telephone: (713) 650-8100
    Facsimile: (713) 650-8141

ATTORNEYS IN CHARGE FOR
DEFENDANTS SYNAGRO MID-ATLANTIC,
INC. AND SYNAGRO TECHNOLOGIES,
INC.