UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Milton F. Wright and Milton F. Wright Trucking, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>Synagro Mid-Atlantic, Inc.;<br>Synagro Technologies, Inc.; and<br>CDR Mid Atlantic<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 01391<br>§ Judge Richard W. Roberts<br>§<br>§<br>§<br>§<br>§<br>§ |

## DECLARATION OF J. BRADLEY GREEN

I, J. Bradley Green, state on my oath as follows:

1. I am an attorney licensed to practice in the State of Texas, in good standing, and I desire to appear *pro hac vice* in the above styled and numbered cause.

2. I am a resident of Texas, and my office address is Watt, Beckworth, Thompson and Henneman, LLP, 1010 Lamar, Suite 1600, Houston, Texas 77002; telephone number (713) 650-8100; and fax number (713) 650-8141;.

3. I am a member of the State Bar of Texas and licensed to practice in all State and Federal Courts in the State of Texas;

4. I am not currently suspended, nor have I been disbarred from any jurisdiction from which I was ever admitted to practice;

5. I have not been subject to any disciplinary proceedings by any court;



6. I have not appeared as an attorney *pro hac vice* to the United States District Court for the District of Columbia in the last two years;

7. I will be associated in this cause with Frederick W. Chockley, III of Baker & Hostetler LLP, an attorney presently licensed and in good standing to practice in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 12th day of August, 2005.

J. Bradley Green