UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Milton F. Wright and Milton F. Wright Trucking, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>Synagro Mid-Atlantic, Inc.,<br>7014 E. Baltimore Street<br>Baltimore, MD 21224<br><br>Synagro Technologies, Inc.<br>1800 Bering Drive, Suite 1000<br>Houston, TX 77057<br><br>and CDR Mid Atlantic<br><br>Defendants. | CIVIL ACTION NO. 01391<br>Judge Richard W. Roberts |

### ORDER GRANTING AGREED MOTION FOR ADMISSION PRO HAC VICE

After considering the Agreed Motion for Admission *Pro Hac Vice* of J. Bradley Green, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that J. Bradley Green is hereby admitted *pro hac vice* to appear and participate as counsel in this action before this Court.

Signed this _____ day of _____, 2005.

_____
U. S. DISTRICT JUDGE

**Copies To:**
Donald M. Temple
Johnnie D. Bond, Jr.
1229 15th Street, NW
Washington, D.C. 20005