UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Milton F. Wright and Milton F. Wright Trucking, Inc. <br><br> Plaintiffs, <br><br> vs. <br><br> Synagro Mid-Atlantic, Inc., Synagro Technologies, Inc. and CDR Mid Atlantic <br><br> Defendants. | CIVIL ACTION NO. 01391 <br> Judge Richard W. Roberts |

### DECLARATION OF CATHERINE KURTZ

I, Catherine Kurtz, state on my oath as follows:

1. My name is Catherine Kurtz and I am Corporate Counsel for Synagro Technologies, Inc.

2. Synagro Mid-Atlantic, Inc. is a Delaware corporation with its principal place of business located in Baltimore, Maryland.

3. Synagro Technologies, Inc. is a Delaware corporation and is authorized to do business in Delaware, New Jersey and Texas. Synagro Technologies, Inc. is not authorized to do business in any jurisdiction other than Delaware, New Jersey, and Texas.

4. Synagro Technologies, Inc. has never done business as CDR Mid Atlantic or CDR Mid Atlantic, Inc.

5. Synagro Technologies, Inc. serves as a holding company for certain entities and has no employees.

{00012560.DOC}   1


EXHIBIT A

6. Synagro Technologies, Inc. has never entered into a contract with either Milton F. Wright or Milton F. Wright Trucking, Inc.

7. Synagro Technologies, Inc. has never conducted business with or entered into a business relationship with Milton F. Wright or Milton F. Wright Trucking, Inc.

8. Synagro Mid-Atlantic, Inc., and not Synagro Technologies, Inc., entered into each of the respective contracts at issue in Plaintiffs' Original Complaint.

9. Synagro Mid-Atlantic, Inc. or its affiliates conducted business under the trade name "CDR Mid Atlantic" during the latter part of the 1990s. However, there is no corporate entity and has never been a corporate entity by the name of "CDR Mid Atlantic, Inc." that has any affiliation with either Synagro Mid-Atlantic, Inc. or Synagro Technologies, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 11th day of August, 2005.

_____
Catherine Kurtz