UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Milton F. Wright and Milton F. Wright Trucking, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>Synagro Mid-Atlantic, Inc.,<br>7014 E. Baltimore Street<br>Baltimore, MD 21224<br><br>Synagro Technologies, Inc.<br>1800 Bering Drive, Suite 1000<br>Houston, TX 77057<br><br>and CDR Mid Atlantic<br><br>Defendants. | CIVIL ACTION NO. 01391<br>Judge Richard W. Roberts |

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

After considering Synagro Technologies, Inc.'s Motion to Dismiss, the response of Plaintiffs, the evidence presented, and the arguments of counsel, the Court has decided to grant the motion.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Synagro Technologies, Inc. are hereby DISMISSED WITH PREJUDICE.

Signed this _____ day of _____, 2005.

_____
U. S. DISTRICT JUDGE

**Copies To:**
Donald M. Temple
Johnnie D. Bond, Jr.
1229 15th Street, NW
Washington, D.C. 20005

{00012563.DOC}