# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Milton F. Wright and Milton F. Wright Trucking, Inc. | § § § § § | |
| Plaintiffs, | § § § § | |
| vs. | § § | CIVIL ACTION NO. 01391<br>Judge Richard W. Roberts |
| Synagro Mid-Atlantic, Inc.,<br>7014 E. Baltimore Street<br>Baltimore, MD 21224 | § § § § | |
| Synagro Technologies, Inc.<br>1800 Bering Drive, Suite 1000<br>Houston, TX 77057 | § § § § | |
| and CDR Mid Atlantic | § § | |
| Defendants. | § § | |

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

After considering Synagro Mid-Atlantic, Inc.'s Motion to Dismiss, the response of Plaintiffs, the evidence presented, and the arguments of counsel, the Court has decided to grant the motion.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Synagro Mid-Atlantic, Inc. are hereby DISMISSED WITH PREJUDICE.

Signed this _____ day of _____, 2005.

_____
U. S. DISTRICT JUDGE

Copies To:
Donald M. Temple
Johnnie D. Bond, Jr.
1229 15th Street, NW
Washington, D.C. 20005

{00012564.DOC}