UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Milton F. Wright and Milton F. Wright Trucking, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>Synagro Mid-Atlantic, Inc.,<br>7014 E. Baltimore Street<br>Baltimore, MD 21224<br><br>Synagro Technologies, Inc.<br>1800 Bering Drive, Suite 1000<br>Houston, TX 77057<br><br>and CDR Mid Atlantic<br><br>Defendants. | CIVIL ACTION NO. 01391<br>Judge Richard W. Roberts |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Synagro Mid-Atlantic, Inc., and Synagro Technologies, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Synagro Mid-Atlantic, Inc. which have any outstanding securities in the hands of the public:

Synagro Technologies, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

{00012630.DOC}                                    1

Respectfully submitted,

BAKER & HOSTETLER LLP

BY: _____/S/_____
Frederick W. Chockley, III
D.C. Bar No. 366800
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

WATT BECKWORTH
THOMPSON & HENNEMAN, L.L.P.

BY: _____
J. Bradley Green
Federal Bar No. 18196
*Pro Hac Vice Pending*
State Bar No. 000790785
1010 Lamar, Suite 1600
Houston, TX 77002
Telephone: (713) 650-8100
Facsimile: (713) 650-8141

ATTORNEYS IN CHARGE FOR DEFENDANTS SYNAGRO MID-ATLANTIC, INC. AND SYNAGRO TECHNOLOGIES, INC.