UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Milton F. Wright and Milton F. Wright Trucking, Inc.<br>14814 Cloverdale Road<br>Woodbridge, VA 22193<br><br>    Plaintiffs,<br><br>v.<br><br>Synagro Mid-Atlantic, Inc.<br>7014 E. Baltimore Street<br>Baltimore, MD 21224<br><br>and<br><br>Synagro Technologies, Inc.<br>1800 Bering Drive, Suite 1000<br>Houston, TX 77057<br><br>and<br><br>CDR Mid-Atlantic<br>P.O. Box 70<br>59 South 3rd Street<br>Oxford, PA 19363<br><br>    Defendants. | Civil Action No. 1:05CV01391<br>J. Richard W. Roberts |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT SYNAGRO TECHNOLOGIES, INC.'S 12(B)(2) AND 12(B)(6) MOTION TO DISMISS**

Plaintiffs Milton F. Wright and Milton F. Wright Trucking, Inc., by and through undersigned counsel, hereby request an extension of time to file their response to Defendant Synagro Technologies, Inc.'s 12(B)(2) and 12(B)(6) Motion to Dismiss. Plaintiff's response is currently due by August 29, 2005. Plaintiff requests permission to file their response by September 12, 2005.

Plaintiff has discussed this request with Defendant's counsel and Defendant's counsel has consented to the same.

                              Respectfully submitted,

                              Donald M. Temple, PC


              By:_____/s/_____
                  Donald M. Temple #408749
                  Donald M. Temple, PC
                  1229 15th Street, N.W.
                  Washington, D.C. 20005
                  (202) 628-1101 Phone
                  (202) 628-1149 Fax

                  **Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Milton F. Wright and Milton F. Wright Trucking, Inc.**<br>14814 Cloverdale Road<br>Woodbridge, VA 22193<br><br>     Plaintiffs,<br><br>v.<br><br>**Synagro Mid-Atlantic, Inc.**<br>7014 E. Baltimore Street<br>Baltimore, MD 21224<br><br>and<br><br>**Synagro Technologies, Inc.**<br>1800 Bering Drive, Suite 1000<br>Houston, TX 77057<br><br>and<br><br>**CDR Mid-Atlantic**<br>P.O. Box 70<br>59 South 3rd Street<br>Oxford, PA 19363<br><br>     Defendants. | Civil Action No. 1:05CV01391<br>J. Richard W. Roberts |

### ORDER

Upon consideration of the parties' Consent Motion for Extension of Time to File Response to Defendant Synagro Technologies, Inc.'s 12(B)(2) and 12(B)(6) Motion to Dismiss, it is this _____ day of _____, 2005, hereby:

**ORDERED** that the above-referenced motion is **GRANTED** and it is **FURTHER ORDERED** that:

Plaintiffs' deadline for responding to Defendant's 12(B)(2) and 12(B)(6) Motion to Dismiss is on September 12, 2005.

**SO ORDERED**.

_____
HONORABLE JUDGE RICHARD W. ROBERTS

Copies to:

| | |
|---|---|
| Donald M. Temple, Esq. | Frederick Wilson Chockley, Esq. |
| Johnnie D. Bond, Jr., Esq. | Baker & Hostetler, LLP |
| Donald M. Temple, PC | 71050 Connecticut Avenue, NW |
| 1229 15th Street, N.W. | Washington, DC 20036 |
| Washington, D.C. 20005 | |

J. Bradley Green, Esq.
Watt Beckworth Thompson
& Henneman, LLP
1010 Lamar, Suite 1600
Houston, TX 770002