UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Milton F. Wright, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:05-cv-01391-RWR |
| v. | ) |
| | ) |
| Synagro Mid-Atlantic, Inc., et al., | ) |
| | ) |
| Defendants. | ) |

### PRAECIPE

The Clerk of the Court will please note the filing of the attached supplemental declaration of J. Bradley Green in support of defendants' motion for J. Bradley Green to appear pro hac vice.

Dated: August 31, 2005.

                                                  BAKER & HOSTETLER LLP

                                                  BY:  /S/
                                                  Frederick W. Chockley
                                                  D.C. Bar No. 366800
                                                  Washington Square, Suite 1100
                                                  1050 Connecticut Avenue., NW
                                                  Washington, DC 20036
                                                  Telephone: (202) 861-1680
                                                  Facsimile: (202) 861-1783

                                                  J. Bradley Green
                                                  Federal Bar No. 18196
                                                  Pro Hac Vice Pending
                                                  State Bar No. 000790785
                                                  WATT BECKWORTH
                                                  THOMPSON & HENNEMAN, L.L.P.
                                                  1010 Lamar, Suite 1600
                                                  Houston, TX 770002
                                                  Telephone: (713) 650-8100
                                                  Facsimile: (713) 650-8141

                                                  ATTORNEYS FOR DEFENDANTS