UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Milton F. Wright, et al. | § § § § |
| Plaintiffs, | § CIVIL ACTION NO. 01391 <br> § Judge Richard W. Roberts § |
| vs. | § § |
| Synagro Mid-Atlantic, Inc., et al. | § § |
| Defendants. | § |

## SUPPLEMENTAL DECLARATION OF J. BRADLEY GREEN

I, J. Bradley Green being duly sworn deposes and says:

1. My full name is James Bradley Green.

2. I am an attorney licensed to practice in the State of Texas, in good standing, and I desire to appear pro hac vice in the above styled and numbered cause.

3. I am a resident of Texas, and my office address is Watt, Beckworth, Thompson and Henneman, LLP, 1010 Lamar, Suite 1600, Houston, Texas 77002; telephone number (713) 650-8100; and fax number (713) 650-8141;.

4. I am a member of the State Bar of Texas and licensed to practice in all State and Federal Courts in the State of Texas;

5. I have not been disciplined by any bar;

6. I have not been admitted as an attorney pro hac vice in the United States District Court for the District of Columbia in the last two years;

7.   I will be associated in this cause with Frederick W. Chockley of Baker & Hostetler, L.L.P., an attorney presently licensed and in good standing to practice in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 29th day of August, 2005.

*J. Bradley Green*