UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Milton F. Wright and Milton F. Wright Trucking, Inc.,<br><br>    Plaintiffs,<br><br>v.<br><br>Synagro Mid-Atlantic, Inc.<br><br>    Defendant. | Civil Action No. 1:05CV01391<br>J. Richard W. Roberts |

## STIPULATION TO TRANSFER VENUE

Plaintiffs Milton F. Wright and Milton F. Wright Trucking, Inc., by and through undersigned counsel, hereby stipulate to transfer of venue of this matter to the United States District Court of Maryland. Plaintiffs urge the Court to transfer venue to the Southern District of the United States District Court of Maryland.

Respectfully submitted,

DONALD M. TEMPLE, PC

By: _____/s/_____
Donald M. Temple (Bar# 408749)
Johnnie D. Bond, Jr. (Bar# 485488)
*(Pro Hac Vice Pending)*
1229 15th Street, NW
Washington, DC 20005
Phone: (202) 628-1101
Fax: (202) 628-1149

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Milton F. Wright and Milton F. Wright Trucking, Inc.  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>Synagro Mid-Atlantic, Inc.  )<br>  )<br>Defendant.  ) | Civil Action No. 1:05CV01391<br>J. Richard W. Roberts |

## ORDER

Upon consideration of the Plaintiff's Stipulation to Transfer Venue, it is this _____ day of _____, 2005, hereby:

**ORDERED** that the above-referenced motion is **GRANTED** and it is **FURTHER ORDERED** that:

This action shall be transferred to the Southern District of the United States District Court of Maryland.

**SO ORDERED**.

_____
HONORABLE JUDGE RICHARD W. ROBERTS

Copies to:

Donald M. Temple, Esq.
Johnnie D. Bond, Jr., Esq.
Donald M. Temple, PC
1229 15th Street, N.W.
Washington, D.C. 20005

J. Bradley Green, Esq.
Watt Beckworth Thompson
& Henneman, LLP
1010 Lamar, Suite 1600
Houston, TX 770002

Frederick Wilson Chockley, Esq.
Baker & Hostetler, LLP
71050 Connecticut Avenue, NW
Washington, DC 20036